# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 11-1271** | **September Term, 2013** |
| | NRC-NWPA |
| | **Filed On:** October 28, 2013 |

In re: Aiken County, et al.,

       Petitioners

------------------------------

State of Nevada,
       Intervenor

      **BEFORE:**   Garland, Chief Judge; Henderson, Rogers, Tatel, Brown, Griffith, Kavanaugh, and Srinivasan, Circuit Judges; Randolph, Senior Circuit Judge

## O R D E R

Upon consideration of intervenor's petition for rehearing en banc, the response thereto, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

                               **FOR THE COURT:**
                               Mark J. Langer, Clerk

BY:   /s/
        Jennifer M. Clark
        Deputy Clerk