# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 11-1271**                                    **September Term, 2014**

**NRC-NWPA**

**Filed On:** October 23, 2014

In re: Aiken County, et al.,

      Petitioners

**BEFORE:**    Garland, Chief Judge; Kavanaugh, Circuit Judge; and Randolph, Senior Circuit Judge

## O R D E R

Upon consideration of the motion of petitioners Aiken County, South Carolina, State of South Carolina, State of Washington, and Nye County, Nevada for attorneys fees, the response thereto, and reply, it is

**ORDERED** that the motion be denied.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
      Jennifer M. Clark
      Deputy Clerk